Kevin R. Anderson, Bar #4786
STANDING CHAPTER 13 TRUSTEE
32 Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2003 AUG 11 P 3:14

DISTRICT OF UTAH
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| IN RE: KYLE BRAD CURTIS  CHARLOTTE CURTIS  Social Security No. 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 | Case No. 98B-29271  Chapter 13  Judge JUDITH A. BOULDEN |
|---|---|

## DECLARATION OF TRUSTEE REGARDING DEPOSIT OF UNCLAIMED FUNDS

KEVIN R. ANDERSON, the duly appointed acting, Standing Chapter 13 Trustee ("Trustee") in the above-captioned case declares, under penalty of purjury, that:

The following payees were issued disbursements in the amounts set forth below. The disbursement checks listed were not negotiated within 90 days of issuance, or have been returned to the Trustee as un-deliverable by the Post Office, or the Trustee has been unable to obtain a current address of the payee. The Trustee has issued a stop payment on the listed check.

| **Payee Name & Address (last known)** | **Check Amount** |
|---|---|
| LEVITZ  P.O. BOX 105996, DEPT. 98  ATLANTA, GA 50348 | $ 233.76 |

The above listed addresses are the last known addresses for the payees on the list. The checks in question total $ 233.76. This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated this 11 day of August, 2003

Kevin R. Anderson

9829271D8

## CERTIFICATE OF MAILING

I the undersigned, an employee of the Standing Chapter 12/13 Trustee do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds was properly addressed, posted in the U.S. Mail, first-class, postage prepaid on the __11__ day of _August_, 2003 to the following parties at the addresses listed below:

CHARLOTTE CURTIS
KYLE BRAD CURTIS
P.O. BOX 423
ELDON, MO 65026-0423

JOHN T. EVANS, ESQ.
333 EAST 400 SOUTH #106
SALT LAKE CITY, UT 84111

_____
Employee of Office of
Standing Chapter 13 Trustee